UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA CONERLY, et al., | No. 2:21-cv-1618 WBS DB PS |
| Plaintiffs, | |
| v. | ORDER |
| YEE YANG, et al. | |
| Defendants. | |

Plaintiffs are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 12, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. Plaintiffs have filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed November 12, 2021 (ECF No. 6) are adopted in full;

2. Plaintiff Carina Conerly's September 10, 2021 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiffs' September 13, 2021 amended complaint (ECF No. 4) is dismissed without further leave to amend;

4. Plaintiffs' September 29, 2021 ex parte application (ECF No. 5) is denied; and

5. This action is closed.

Dated:  February 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

\conerly1618.jo